## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER HERNANDEZ,<br>　　　　Petitioner,<br>　　v.<br>KELLY HARRINGTON,<br>Warden,<br>　　　　Respondent. | Case No. CV 11-1193 VAP (JCG)<br><br>**JUDGMENT** |

　　IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: February 8 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HON. VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE